IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

AHMAD T. ALQAM,

      Plaintiff,

v.                                                         Civil Action No. 3:06-cv-100
                                                        (Judge Bailey)

UNITED STATES OF AMERICA,
BUREAU OF PRISONS, ERIC VANCE,
C/O MASSEY, KEVIN WENDT,
A.W. HILL, CAPT. ARNOLD,
LT. CREGAN, D. WILLIAMS,
LT. WHINNERY,

      Defendants.

### ORDER GRANTING CONSOLIDATED RESPONSE DATE

On this day came the defendants United States of America, Bureau of Prisons, Eric Vance, C/O Massey, Kevin Wendt, A.W. Hill, Capt. Arnold, Lt. Cregan, and Lt. Whinnery and moved the Court for a consolidated response date of January 28, 2008, by which time said defendants must answer or otherwise respond to the Complaint filed herein against them. It appearing to the Court that good cause exists for said motion, it is hereby

ORDERED that the time by which said defendants must answer or otherwise respond to the Complaint filed against them is hereby designated as January 28, 2008.

The Clerk of the Court is directed to provide a copy of this Order to parties who appear pro se and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

DATED: _December 20, 2007_

                                                               JOHN S. KAULL
                                                               UNITED STATES MAGISTRATE JUDGE