IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**
JAN 2 8 2008
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

AHMAD T. ALQAM,

    Plaintiff,

v.                                                Civil Action No. 3:06-cv-100
                                                  (Judge Bailey)

UNITED STATES OF AMERICA,
BUREAU OF PRISONS, ERIC VANCE,
C/O MASSEY, KEVIN WENDT,
A.W. HILL, CAPT. ARNOLD,
LT. CREGAN, D. WILLIAMS,
LT. WHINNERY,

    Defendants.

## ORDER

On this day came the Defendants, and moved the Court to extend the time within which the Defendants be required to answer or otherwise plead herein, and, it appearing to the Court that good cause exists for said motion, it is hereby

**ORDERED** that the time within which the Defendants may answer or otherwise move is hereby extended and enlarged up to and including February 27, 2008.

DATE: January 28, 2008

                                                UNITED STATES MAGISTRATE JUDGE