**FILED**

**FEB 28 2008**

**U.S. DISTRICT COURT**
**CLARKSBURG, WV 26301**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

AHMED T. ALQAM )
)
    Plaintiff, )
)
v. ) CIVIL ACTION NO: 3:06-CV-0100
)
UNITED STATES OF AMERICA, et al., )
)
    Defendants. )
)

### ORDER

The Respondents having moved the Court, pursuant to the E-Government Act of 2002, to file an unredacted document under seal herein, more specifically, Attachment A to Exhibit 4, in support of the <u>DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT</u>, and having lodged the same with the Clerk of this Court in a sealed envelope, pending a ruling thereon by the Court, and it appearing to the Court that good cause and sufficient grounds exist for the Respondent's Motion, it is accordingly

**ORDERED** that Attachment A to Exhibit 4, as set forth and identified in the Respondent's Motion and currently lodged with the Clerk of this Court, be filed under seal by the Clerk to be retained by the Court as part of the record herein.

DATE: *February 28, 2008*

_____
UNITED STATES MAGISTRATE JUDGE