**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**FILED**

FEB 2 8 2008

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

AHMED T. ALQAM                    )
                                  )
     Plaintiff,                  )
                                  )
v.                                )    CIVIL ACTION NO: 3:06-CV-0100
                                  )
UNITED STATES OF AMERICA, et al., )
                                  )
     Defendants.                 )
_____)

**ORDER**

Upon consideration of the federal Defendant's Motion for Leave to File Brief in Excess

of Page Limitations, and for good cause shown therein, it is hereby accordingly

**ORDERED** that the federal Defendant's Memorandum of Law in Support of Motion to

Dismiss or for Summary Judgment may exceed the twenty-five page limitation set forth in

L.R.Civ.P. 7.0(a).

**Date:** _February 28, 2008_

UNITED STATES MAGISTRATE JUDGE